THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Jun Li**, | ) | |
| Plaintiff | ) | Case No.:   0 6 - 5 9 6 |
| Vs. | ) | |
| **Michael Chertoff**, Secretary of the Department of | ) | |
| Homeland Security; **Emilio T. Gonzalez**, Director of | ) | |
| U.S. Citizenship & Immigration Services (USCIS); | ) | |
| **Paul E. Novak, Jr.**, Vermont Service Center Director, | ) | |
| U.S. Citizenship & Immigration Services; | ) | |
| **Robert S. Mueller**, Director of Federal Bureau of | ) | |
| Investigation | ) | |
| Defendants | ) | |

PLAINTIFF'S ORIGINAL COMPLAINT FOR
WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT

NOW come the Plaintiff, Jun Li, by and through *Pro Se* in the above-captioned matter, and hereby states as follows:

1.    This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Jun Li.  The application was filed and remains within the jurisdiction of the Defendants, who have improperly delayed processing the application to Plaintiffs detriment.

PARTIES

2.    Plaintiff, Jun Li, resides at 18 Marvin Drive, Apt. C-3, Newark, DE 19713, is the beneficiary of an I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS.

3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary of the

Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant is Emilio T. Gonzalez, Director of U.S. Citizenship & Immigration Services (USCIS), is an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

5. Defendant Paul E. Novak, Jr., Vermont Service Center Director, is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over operations of the USCIS within his Service Center with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

6. Defendant Robert S. Mueller is Director of Federal Bureau of Investigation, the law enforcement agency that conducts security clearances for other US government agencies, such as Department of States, USCIS. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## JURISDICTION

7. Jurisdiction in this case is proper under 28 USC §1331 and §1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

8. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

## EXHAUSTION OF REMEDIES

9. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

10. The Plaintiff properly filed an application 1-485, Application to Register Permanent

2

Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act with concurrent filing of I-140 in EB2 NIW category.

11.     This petition, along with supporting documentation, was filed and mailed to Vermont Service Center, on February 13, 2004. Petition I-140 was approved on March 10, 2005. Fingerprints were submitted to the USCIS on or about April 20, 2005. On August 5, 2005, the Plaintiff was informed that the USCIS had not completed his background check, therefore was unable to approve the petition, after requested by the Plaintiff for more information. [Exhibits 1-3]

12.     The Plaintiff requested US Senator Thomas R. Carper for assistance with this petition, and was informed that the petition was still pending for name and date of birth clearance with the Federal Bureau of Investigation (FBI) on October 12, 2005. A timeframe was unavailable for completion. [Exhibit 4]

13.     On April 6, 2006, the Plaintiff was informed again that the USCIS was not ready for decision, as the required investigation into background remained open, after requested by the Plaintiff for more information. [Exhibit 5]

14.     The Plaintiff has been contacting FBI National Name Check Process (FBINNCP) via e-mail five times, and has provided sufficient evidence of his attempt to secure adjudication of this application at issue, all to no purpose. [Exhibit 6]

15.     Excepted for the period of time started from October 1, 2005 to June 1, 2006, there was no immigration visa number available in the Plaintiff's petition category for the people from China Mainland due to immigration visa retrogression; immigrant visa is immediately available to the Plaintiff in his petition category.

16.     After immigration visa number in the Plaintiff's petition category became current, Plaintiff repeatedly called National Customer Service Center every 30 days to inquiry the Plaintiff's case status, and wrote a letter to Vermont Service Center to take further action on August 19, 2006 because no response was received. Finally, a simple response is "we are awaiting further information from another office to assist us in the final adjudication of this case". But the Plaintiff was and is not requested to provide more evidence and have another fingerprint. [Exhibit 7,8]

17.     The Defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's 1-485 Application after the Plaintiff had submitted a properly executed application. It has been over 950 days since the Plaintiff filed his I-485.

18.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding action on the Plaintiffs application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs case.

19.    The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.  Specifically, Jun Li has been unable to obtain legal permanent residence, travel and work without restriction, and accrue time to be eligible for Naturalization as a citizen of the United States.

PRAYER

20.    WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enters an order:

   (a)    requiring Defendants to properly adjudicate Plaintiffs application for action on an approved petition;

   (b)    requiring Defendants to provide the Plaintiff with a Notice of Approval;

   (c)    granting such other relief at law and in equity as justice may require.

Respectfully submitted,

Jun Li

Jun Li, *Pro Se*
18 Marvin Dr. C-3
Newark, Delaware 19713
Telephone (302) 737-5313
Julinyi@yahoo.com

## List of Exhibits

Exhibit 1.  Receipt notices from VSC, for concurrent filings of I-140 and I-485.

Exhibit 2.  Approval notice for I-140.

Exhibit 3.  Response from VSC regarding the status of I-485 in Aug. 2005

Exhibit 4.  US Senator Thomas R. Carper's response to the Plaintiff's request for assistance.

Exhibit 5.  Response from VSC regarding the status of I-485 in Apr. 2006.

Exhibit 6.  E-mails to FBI Nation Name Check Process regarding name check status.

Exhibit 7.  Letter to VSC to take further action.

Exhibit 8.  Response from VSC regarding the status of I-485 in Sept. 2006

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I140 |
| EAC-04-097-53166 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| February 13, 2004 | | LI, JUN |

| NOTICE DATE | PAGE | BENEFICIARY  A97 155 419 |
| February 19, 2004 | 1 of 1 | LI, JUN |

JUN LI
334 EAST MAIN ST B-6
NEWARK DE 19711

**Notice Type:  Receipt Notice**

Amount received: $  135.00
Section: Indiv w/Adv Deg or Exceptional
Ability in the National
Interest

The above application or petition has been received. It usually takes 90 to 485 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 09/07/93) N

Exhibit 1-1

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-097-53102 | | CASE TYPE    I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>February 13, 2004 | PRIORITY DATE | APPLICANT    A97 155 419<br>LI, JUN |
| NOTICE DATE<br>February 19, 2004 | PAGE<br>1 of 1 | |

JUN LI
334 EAST MAIN ST B-6
NEWARK DE 19711

**Notice Type:  Receipt Notice**

Amount received: $  255.00
Section: Adjustment as direct
           beneficiary of immigrant
           petition

The above application or petition has been received.  It usually takes 365 to 540 days from the date of this receipt for
us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800)
375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and
the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and
Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are
hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the Internet at www.bcis.gov. On our web site you can get-up-to-date case status
information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**

Form I-797C (Rev. 09/07/93) N

Exhibit 1-2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-097-53166 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| **RECEIPT DATE** February 19, 2004 | **PRIORITY DATE** February 13, 2004 | **PETITIONER** LI, JUN |
| **NOTICE DATE** March 10, 2005 | **PAGE** 1 of 1 | **BENEFICIARY** A97 155 419 LI, JUN |
| JUN LI 334 EAST MAIN ST B-6 NEWARK DE 19711 | | **Notice Type:** Approval Notice **Section:** Indiv w/Adv Deg or Exceptional Ability in the National Interest |

The above petition has been approved.  The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (800) 375-5283



Form I-797 (Rev. 08/31/04) N

Exhibit 2

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001



**U.S. Citizenship
and Immigration
Services**

August 5, 2005

JUN LI
334 EAST MAIN ST B-6
NEWARK, DE 19711

Dear Jun Li:

On 07/20/2005 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | JUN LI |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 02/13/2004 |
| **Type of Service Requested:** | CASE STATUS |
| **Receipt number:** | EAC0409753102 |
| **Beneficiary:** | |

The status of this service request is:

The processing of each family members I-485 application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Paul E. Novak G.*

Paul E. Novak, Jr.
Center Director

www.uscis.gov

Exhibit 3

THOMAS R. CARPER
DELAWARE

# United States Senate
WASHINGTON, DC 20510-0803

October 12, 2005

Mr. Jun Li
334 East Main Street
Apartment B6
Newark, Delaware 19711

Dear Mr. Li:

Thank you for contacting me to request assistance with a petition submitted to the U.S. Citizenship and Immigration Services (CIS). I understand that your petition for Adjustment of Status (CIS form I-485) has been pending since April of 2005.

I had asked Ms. Marjorie Biles, a member of my staff, to contact the CIS on your behalf. The CIS informed Ms. Biles that your petition is still pending name and date of birth clearance with the Federal Bureau of Investigation (FBI). According to the CIS, this process can take quite some time before completion and a timeframe is unavailable.

Although this may not be the answer you were seeking, I hope you found my staff helpful and efficient. Please feel free to contact me regarding future federal issues of concern to you. Again, thank you.

Sincerely,

Thomas R. Carper
United States Senator

Exhibit 4

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Thursday, April 6, 2006

JUN LI
18 MARVIN DR APT C3
NEWARK DE 19713

Dear JUN LI:

On 03/01/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 02/13/2004 |
| **Receipt #:** | EAC-04-097-53102 |
| **Beneficiary (if you filed for someone else):** | LI, JUN |
| **Your USCIS Account Number (A-number):** | A097155419 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Exhibit 5

11

**YAHOO! MAIL**

Print - Close Window

**Date:**   Thu, 12 Jan 2006 08:54:57 -0800 (PST)

**From:**   "Jun Li" <julinyi@yahoo.com>

**Subject:**   Asking name checking status

**To:**   FBINNCP@IC.FBI.gov

Dear Sir/Madam:
I am writing you to ask my name check status.

I filed my I-485 form for adjusting to immigrant to
USCIS Vermont servcices center two years ago. I did my
fingerprint in April 2005. After long time waiting, my
case has been not approved yet. I contacted Vermont
services center to inquire my case status, and was
told that my case is pending because of FBI name
check. Would you please tell me what status of my
case is? The following are my basic information:

Name (first name, family name): Jun Li
Alien No. A097155419
Date of Birth: Feb. 18, 1966
Place of Birth: Akesu, Xinjiang, P. R. China
Citienship: P. R. China
Residence address: 334 East Main St. B-6, Newark, DE
19711

Thank you very much for your consideration.

Sincerely,

Jun Li

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6-1

**YAHOO!** MAIL

Print - Close Window

**Date:**     Wed, 12 Apr 2006 19:19:19 -0700 (PDT)

**From:**    "Jun Li" <julinyi@yahoo.com>

**Subject:** Name check status

**To:**       FBINNCP@IC.FBI.gov

Dear Officer:
I just wanted to bring it to your attention that my
name check is still pending at your office. Two years
has been passed since I submitted my application to
United States Citizenship and Immigration Services
(USCIS) in Feb. 2004, and I was informed by USCIS that
name check request had already sent to your program.

A speedy processing of my name check would be greatly
appreciated. Should you have any questions regarding
the inquiry, please contact me.

The following are my personal information:

Name (first name, last name): Jun Li
Alien No.: A097155419
Date of Birth: Feb. 18, 1966
Place of Birth: Akesu, Xinjiang, P. R. China
Citizenship: P. R. China
Present residence address: 18 Marvin Dr. C-3, Newark,
DE 19713
Telephone: 302-7375313
E-mail: julinyi@yahoo.com

Thank you very much for your consideration.

Sincerely,

Jun Li

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6-2

Yahoo! Mail - julinyi@yahoo.com                                    Page 1 of 1

**YAHOO! MAIL**                                          Print - Close Window

**Date:**   Sun, 25 Jun 2006 14:29:33 -0700 (PDT)

**From:**   "Jun Li" <julinyi@yahoo.com>

**Subject:** Name check status

**To:**     FBINNCP@IC.FBI.gov

Dear Officer:
I just wanted to bring it to your attention that my
name check is still pending at your office. Two years
has been passed since I submitted my application to
United States Citizenship and Immigration Services
(USCIS) in Feb. 2004, and I was informed by USCIS that
name check request had already sent to your program.

A speedy processing of my name check would be greatly
appreciated. Should you have any questions regarding
the inquiry, please contact me.

The following are my personal information:

Name (first name, last name): Jun Li
Alien No.: A097155419
Date of Birth: Feb. 18, 1966
Place of Birth: Akesu, Xinjiang, P. R. China
Citizenship: P. R. China
Present residence address: 18 Marvin Dr. C-3, Newark,
DE 19713
Telephone: 302-7375313
E-mail: julinyi@yahoo.com

Thank you very much for your consideration.

Sincerely,

Jun Li

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6-3

.

Yahoo! Mail - julinyi@yahoo.com                                        Page 1 of 1

# YAHOO! MAIL                                          Print - Close Window

**Date:**    Thu, 6 Jul 2006 06:21:06 -0700 (PDT)

**From:**    "Jun Li" <julinyi@yahoo.com>

**Subject:**  Name check status

**To:**     FBINNCP@IC.FBI.gov

Dear Officer:

I just wanted to bring it to your attention that my
name check is still pending at your office. Two years
has been passed since I submitted my application to
United States Citizenship and Immigration Services
(USCIS) in Feb. 2004, and I was informed by USCIS that
name check request had already sent to your program.

I believed my long time name check is duo to my common
name. In English, my name is the same as many other
people's because of pronunciation. But, if you input
my name into system with date birth, sexuality, place
of birth etc., the hit will extremely reduce. A speedy
processing of my name check would be greatly
appreciated. Should you have any questions regarding
the inquiry, please contact me.

The following are my personal information:

Name (first name, last name): Jun Li
Alien No.: A097155419
Date of Birth: Feb. 18, 1966
Place of Birth: Akesu, Xinjiang, P. R. China
Citizenship: P. R. China
Present residence address: 18 Marvin Dr. C-3, Newark,
DE 19713
Telephone: 302-7375313
E-mail: julinyi@yahoo.com

Thank you very much for your consideration.

Sincerely,

Jun Li

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6-4

. . . .    . . . .

Yahoo! Mail - julinyi@yahoo.com

Page 1 of 1

**YAHOO! MAIL**

Print - Close Window

**Date:**    Sun, 20 Aug 2006 14:40:55 -0700 (PDT)

**From:**    "Jun Li" <julinyi@yahoo.com>

**Subject:** Name check status

**To:**    FBINNCP@IC.FBI.gov

Dear Officer:

I just wanted to bring it to your attention that my
name check is still pending at your office. Two and
half years has been passed since I submitted my
application to
United States Citizenship and Immigration Services
(USCIS) in Feb. 2004, and I was informed by USCIS that
name check request had already sent to your program.

I believed my long time name check is duo to my common
name. In English, my name is the same as many other
people's because of pronunciation. But, if you input
my name into system with date birth, sexuality, place
of birth etc., the hit will extremely reduce. A speedy
processing of my name check would be greatly
appreciated. Should you have any questions regarding
the inquiry, please contact me.

The following are my personal information:

Name (first name, last name): Jun Li
Alien No.: A097155419
Date of Birth: Feb. 18, 1966
Place of Birth: Akesu, Xinjiang, P. R. China
Citizenship: P. R. China
Present residence address: 18 Marvin Dr. C-3, Newark,
DE 19713
Telephone: 302-7375313
E-mail: julinyi@yahoo.com

Thank you very much for your consideration.

Sincerely,

Jun Li

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6-5

Jun Li
18 Marvin Dr. Apt. C-3
Newark, DE 19713

8/19/2006

Dear Immigration Officer:

I am writing you just want you know that our cases of I-485 are still pending. I submitted our petitions with concurrent filing I-140 and I-485 on Feb. 13, 2004. My EB based NIW I-140 was approved on March 10, 2005. Here is a track of our cases:

| | |
|---|---|
| Feb. 19, 2004: | concurrent filings of NIW I-140 and I-485 for myself, filings of I-485 for my wife and son. |
| Mar. 10, 2005: | approval of I-140. |
| Apr. 20, 2005: | finger prints (code 1) for me and my wife. |
| Mar. 1, 2006: | updating our address. |

During our I-485 pending, we applied I-131 and I-765 for me and my wife, and all were approved. We did call national customer service center several times regarding our pending I-485 case status. Sometimes, we received confirmation letter and explanation that delay of our cases was due to security check. We understand that how busy you are and how important background check is to national security. As you can see, our finger prints are out of date (as I know, finger print is only valid for 15 months), we still have not received any request for further action. We appreciate your attention to our cases. Would you please tell me that my security check is over? What statuses are for our pending I-485 cases?

The following are our basic information:

| Name | Gender | Birthday | Alien No | I-485case No |
|------|--------|----------|----------|--------------|
| Jun Li | male | Feb. 18, 1966 | 97155419 | EAC-04-097-53102 |
| Yi Li | female | Oct. 4, 1966 | 98226477 | EAC-04-097-53123 |
| Xiao Li | male | Aug. 9, 1993 | 98226488 | EAC-04-097-53140 |

Thank you very much for your consideration.

Sincerely,

Jun Li

Exhibit 7

17



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Monday, September 18, 2006

JUN LI
18 MARVIN DR
APT C3
NEWARK DE 19713

Dear JUN LI:

On 08/08/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 02/13/2004 |
| **Receipt #:** | EAC-04-097-53102 |
| **Beneficiary (if you filed for someone else):** | LI, JUN |
| **Your USCIS Account Number (A-number):** | A097155419 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The processing of your petition/application has been delayed. We are awaiting further information from another office to assist us in the final adjudication of this case. As soon as this information is received, processing will continue on this case.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 09-18-2006 07:11 AM EDT - EAC-04-097-53102

Exhibit 8

Jun Li
18 Marvin Dr. Apt. C-3
Newark, DE. 19713





U.S. POSTAGE
PAID
NEWARK, DE
SEP 22 06
AMOUNT
$4.95
00075341-03

19801

0100

UNITED STATES
POSTAL SERVICE

Clerk
US District Court
Lockbox 18
844 N. King street
Wilmington, DE 19801





7006 0100 0006 3537 6138

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0100 0006 3537 6138

06 - 596

℅JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**

Li Jun

**(b)**   County of Residence of First Listed Plaintiff      New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS** Michael Chertoff, Secretary of the Department of Homeland Security (DHS); Emilio T. Gonzalez, Director of USCIS, DHS; Paul E. Novak, Jr. Vermont Service Center Director, USCIS, DHS; Robert S. Mueller, Director of Federal Bureau of Investigation (FBI)

County of Residence of First Listed Defendant      New Castle
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION**   (Place an "X" in One Box Only)

☐ 1   U.S. Government
    Plaintiff

☐ 3   Federal Question
    (U.S. Government Not a Party)

☒ 2   U.S. Government
    Defendant

☐ 4   Diversity
    (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN**   (Place an "X" in One Box Only)

☐ 1 Original
    Proceeding

☐ 2 Removed from
    State Court

☐ 3 Remanded from
    Appellate Court

☐ 4 Reinstated or
    Reopened

☐ 5 Transferred from
    another district
    (specify)

☐ 6 Multidistrict
    Litigation

☐ 7 Appeal to District
    Judge from
    Magistrate
    Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 1331, 28 USC 1361
Brief description of cause:
Mandamus action to compel USCIS to adjudicate plaintiff's Adjust Status petition

**VII. REQUESTED IN
    COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes   ☐ No

**VIII. RELATED CASE(S)
    IF ANY**

(See instructions):

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  0 6 - 5 9 6

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____5_____ COPIES OF AO FORM 85.

SEP 2 6 2006

_____
(Date forms issued)

*Jun Li*
_____
(Signature of Party or their Representative)

$JUN \ \ LI$
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**RE:  C.A.#** _Ob- 596_____

**CASE CAPTION:** _____L i_____  **v.** _Chertoff, et al._

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

        I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _9/23/2006_       Signed: _Jun Li_____
by Plaintiff:                             Pro Se Plaintiff

Date Received _10/ 3/ 06_____    Signed: _Beth Ainan_____
by Clerk's office:                            Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street            If applicable, Rule 4 mailed to plaintiff:
Lockbox 18
Wilmington, DE 19801              _9 / 27/ 06_
                                    Date mailed

                               _Beth Ainan_
                                By  Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04