Case No: 1:06-cv-596    KAJ    Filed on 9/26/2006    Page 1 of 5

I, Jun Li, certify that on September 30th, 2006, I served the summons and a copy of PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGEMENT on each person listed below addressed as follows by CERTIFIED MAIL with RETURN RECEIPT REQUESTED:

- A. Certified Mail # 7005 3110 0002 6760 2871
  Michael Chertoff, Secretary of the Department of Homeland Security
  Office of the General Counsel
  US Department of Homeland Security
  Washington, DC 20528

- B. Certified Mail # 7005 3110 0002 6760 2864
  Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services
  Office of the General Counsel
  US Department of Homeland Security
  Washington, DC 20528

- C. Certified Mail # 7005 3110 0002 6760 2857
  Paul E. Novak, Jr., Vermont Service Center Director, U.S. CIS
  75 Lower Welden St.
  St. Albans, VT 05479-0001

- D. Certified Mail # 7005 3110 0002 6760 2840
  Robert S. Mueller, Director of Federal Bureau of Investigation
  Office of the General Counsel of the FBI
  935 Pennsylvania Avenue, NW
  Washington, DC 20535-0001

- E. Certified Mail # 7005 3110 0002 6760 2833
  United States Attorney's Office
  District of Delaware
  P.O. Box 2046
  Wilmington, DE 19899



FILED
OCT 24 2006

BD scanned

Please refer to the attached copies of the USPS mail tracking results with Certified Mail Receipts.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated this 20th day of October, 2006.

*Jun Li*

Jun Li
Plaintiff, *PRO SE*
18 Marvin Dr. C-3, Newark, DE 19713
Phone: (302)7375313
E-mail: Julinyi@yahoo.com

**Return Receipt 1 (top left)**

1. Article Addressed to:
   Emilio T. Gonzalez,
   Director of USCIS
   Office of the General Counsel
   US Department of Homeland Security
   Washington, DC 20528

Service Type: Certified Mail

Article Number: 7005 3110 0002 6760 2864

PS Form 3811, February 2004 — Domestic Return Receipt

**Return Receipt 2 (top right)**

1. Article Addressed to:
   Michael Chertoff, Secretary of DHS
   Office of the General Counsel
   US Department of Homeland Security
   Washington, D.C. 20528

RECEIVED OCT 0[?] — SERVED IN OFFICIAL CAPACITY ONLY

Service Type: Certified Mail

Article Number: 7005 3110 0002 6760 2871

PS Form 3811, February 2004 — Domestic Return Receipt

**Return Receipt 3 (bottom left)**

1. Article Addressed to:
   US Attorney's Office
   District of Delaware
   P.O. Box 2046
   Wilmington, DE 19899

Service Type: Certified Mail

Article Number: 7005 3110 0002 6760 2833

PS Form 3811, February 2004 — Domestic Return Receipt

**Return Receipt 4 (bottom right)**

1. Article Addressed to:
   Paul E. Novak, Jr.
   VSC Director, USCIS
   75 Lower Welden St.
   St. Albans, VT 05479-0001

Service Type: Certified Mail

Article Number: 7005 3110 0002 6760 2857

PS Form 3811, February 2004 — Domestic Return Receipt



```
             NEWARK PO
           NEWARK, Delaware
              197119998
            3379300711 -0094
09/30/2006   (800)275-8777    01:09:27 PM
─────────────────────────────────────────
              Sales Receipt
Product          Sale  Unit        Final
Description      Qty   Price       Price

SAINT ALBANS VT 05479              $1.35
 First-Class
 4.60 oz.
 Return Rcpt (Green Card)          $1.85
 Certified                         $2.40
 Label #:      70053110000267602857
                                   ════════
 Issue PVI:                        $5.60

WASHINGTON DC 20535                $1.35
 First-Class
 4.60 oz.
 Return Rcpt (Green Card)          $1.85
 Certified                         $2.40
 Label #:      70053110000267602840
                                   ════════
 Issue PVI:                        $5.60

WILMINGTON DE 19899                $1.59
 First-Class
 5.20 oz.
 Return Rcpt (Green Card)          $1.85
 Certified                         $2.40
 Label #:      70053110000267602833
                                   ════════
 Issue PVI:                        $5.84

WASHINGTON DC 20528                $1.35
 First-Class
 4.90 oz.
 Return Rcpt (Green Card)          $1.85
 Certified                         $2.40
 Label #:      70053110000267602864
                                   ════════
 Issue PVI:                        $5.60

WASHINGTON DC 20528                $1.35
 First-Class
 4.60 oz.
 Return Rcpt (Green Card)          $1.85
 Certified                         $2.40
 Label #:      70053110000267602871
                                   ════════
 Issue PVI:                        $5.60
                                   ════════
Total:                             $28.24

Paid by:
MasterCard                         $28.24
  Account #:    XXXXXXXXXXXX5006
  Approval #:   077212
  Transaction #: 60
  23 903540144

Bill#: 1000603115964
Clerk: 08

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```

Jun L.
18 Marvin Dr. C-3
Newark, DE 19713

FIRST CLASS

Clerk
US District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

