IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUN LI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALEZ, Director of U.S. Citizenship & Immigration Services (USCIS); PAUL E. NOVAK, JR., Vermont Service Center Director, U.S. Citizenship & Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | :<br>:<br>:<br>:  C.A. No. 06-596-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiff's Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order consistent with this Motion is attached hereto.

                                                           Respectfully submitted,

                                                           COLM F. CONNOLLY
                                                           United States Attorney

                                                             /s/ Seth M. Beausang
                                                          Seth M. Beausang (I.D. No. #4071)
                                                          Assistant United States Attorney
                                                          1007 N. Orange Street, Suite 700
                                                          Wilmington, Delaware 19801
Dated: December 11, 2006.                  (302) 573-6277

## CERTIFICATE OF SERVICE

       I, Seth M. Beausang, hereby attest under penalty of perjury that on this 11th day of December, 2006, I caused two copies of Defendants' Motion to Dismiss, Memorandum of Points and Authorities in Support Thereof, and Proposed Order to be served on the Plaintiff by First Class Mail at the following address:

Jun Li
18 Marvin Drive
Apartment C-3
Newark, DE 19713
(302) 737-5313
pro se

                                        /s/ Seth M. Beausang
                                    Seth M. Beausang (DE I.D. No. 4071)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUN LI, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-596-KAJ |
| v. | : |
| | : |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALEZ, Director of U.S. Citizenship & Immigration Services (USCIS); PAUL E. NOVAK, JR., Vermont Service Center Director, U.S. Citizenship & Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion to Dismiss, and all papers filed in support thereof and opposition thereto, it is

ORDERED that Plaintiff's Complaint is dismissed with prejudice.

_____
United States District Judge