Case No: 1:06-cv-596 - JJF        Filed on 9/26/2006         Page 1 of 1

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**Jun Li**,                                                        )
        Plaintiff                              )       Case No.: 1:06-cv-596-JJF
Vs.                                                                )
**Michael Chertoff**, Secretary of the Department of   )
Homeland Security; **Emilio T. Gonzalez**, Director of )
U.S. Citizenship & Immigration Services (USCIS);   )
**Paul E. Novak, Jr.**, Vermont Service Center Director,)
U.S. Citizenship & Immigration Services;               )
**Robert S. Mueller**, Director of Federal Bureau of   )
Investigation                                                      )
        Defendants                          )

FILED
DEC 29
U.S. DISTRICT C.
DISTRICT OF DELA

RG
Scanned

## MOTION TO DISMISS

On September 26, 2006, Plaintiff Jun Li filed a complaint for a writ of mandamus, seeking adjudication of his application for adjustment of status. On November 18, 2006, Plaintiff's application was approved. Accordingly, Plaintiff has received the relief he sought, and hereby dismisses his complaint.

Respectfully submitted,

*Jun L.*

Jun Li, *Pro Se*
18 Marvin Dr. C-3
Newark, Delaware 19713
Telephone (302) 737-5313
Julinyi@yahoo.com

Dated: December 28, 2006

Case No: 1:06-cv-596-JJF          Filed on 9/26/2006          Page 1 of 1

CERTIFICATE OF SERVICE

I, Jun Li, certify that on December 28, 2006, I served <u>MOTION TO DISMISS</u> to the following addresses by First Class Mail:

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

Office of the Clark
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

*/s/ Jun Li*

Jun Li
Plaintiff, *PRO SE*
18 Marvin Dr. C-3, Newark, DE 19713
Phone: (302)7375313
E-mail: Julinyi@yahoo.com

Dated: December 28, 2006

Jun Li
18 Marvin Dr. C-3
Newark, DE 19713

USPS $0.52

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570