IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUN LI,                             :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 06-596-JJF
                                    :
MICHAEL CHERTOFF, Secretary of      :
the Department of Homeland          :
Security; EMILIO T. GONZALEZ,       :
Director of U.S. Citizenship &      :
Immigration Services (USCIS);       :
PAUL E. NOVAK, JR., Vermont         :
Service Center Director, U.S.       :
Citizenship & Immigration          :
Services; ROBERT S. MUELLER,        :
Director of Federal Bureau of       :
Investigation.                      :

        Defendants.

## ORDER

WHEREAS, Plaintiff has filed a Motion To Dismiss (D.I. 7)

expressing the desire to voluntarily dismiss his Complaint (D.I.

1);

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion

To Dismiss (D.I. 7) is **GRANTED**, and Plaintiff's Complaint in this

action is dismissed without prejudice.

February 7, 2007
    DATE

_____
United States District Judge